# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEGACY SPORTS BARBERSHOP LLC n/k/a LEGACY BRAND ENTERPRISES LLC d/b/a LEGACY SPORTS BARBERSHOP, LEGACY BARBER ACADEMY, and PANACH CORP., individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>Continental Casualty Company,<br><br>Defendant(s). | Case No.  20 C 4149<br>Judge Charles P. Kocoras |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment entered in favor of Defendant Continental Casualty Company and against Plaintiffs Legacy Sports Barbershop LLC, Legacy Barber Academy and Panach Corp.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion to reconsider.

Date:  8/13/2021                                    Thomas G. Bruton, Clerk of Court

                                                    Vettina Franklin, Deputy Clerk