## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| LEGACY SPORTS BARBERSHOP LLC n/k/a LEGACY BRAND ENTERPRISES LLC d/b/a LEGACY SPORTS BARBERSHOP, LEGACY BARBER ACADEMY, and PANACH CORP., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CONTINENTAL CASUALTY COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:20-cv-04149 <br><br> Hon. Charles P. Kocoras |

## **NOTICE OF APPEAL**

Notice is hereby given that (i) Legacy Sports Barbershop LLC n/k/a Legacy Brand Enterprises LLC d/b/a Legacy Sports Barbershop, (ii) Legacy Barber Academy, and (iii) Panach Corp., individually and on behalf of all others similarly situated in the above-named case, do hereby appeal to the United States Court of Appeals for the Seventh Circuit from the district court's order granting Defendant Continental Casualty Company's motion to dismiss. The Order and Judgment are district court docket entry nos. 49 and 50, respectively, entered on August 13, 2021. Pursuant to Fed. R. App. P. 4(a)(1), this Notice of Appeal is timely filed within thirty days of the Court's entry of Judgment.

1

Dated: August 16, 2021            Respectfully submitted,

                                                  */s/* Adan J, Levitt

Adam J. Levitt
Amy E. Keller
Daniel R. Ferri
Mark Hamill
Laura E. Reasons
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
dferri@dicellolevitt.com
mhamill@dicellolevitt.com
lreasons@dicellolevitt.com

Mark A. DiCello*
Kenneth P. Abbarno*
Mark Abramowitz*
**DiCELLO LEVITT GUTZLER LLC**
7556 Mentor Avenue
Mentor, Ohio 44060
Telephone: 440-953-8888
madicello@dicellolevitt.com
kabbarno@dicellolevitt.com
mabramowitz@dicellolevitt.com

Mark Lanier
Alex Brown*
Skip McBride*
**THE LANIER LAW FIRM PC**
10940 West Sam Houston Parkway North
Suite 100
Houston, Texas 77064
Telephone: 713-659-5200
WML@lanierlawfirm.com
alex.brown@lanierlawfirm.com
skip.mcbride@lanierlawfirm.com

Timothy W. Burns*
Jeff J. Bowen*
Jesse J. Bair*
Freya K. Bowen*

**BURNS BOWEN BAIR LLP**
One South Pinckney Street, Suite 930
Madison, Wisconsin 53703
Telephone: 608-286-2302
tburns@bbblawllp.com
jbowen@bbblawllp.com
jbair@bbblawllp.com
fbowen@bbblawllp.com

Douglas Daniels*
**DANIELS & TREDENNICK**
6363 Woodway, Suite 700
Houston, Texas 77057
Telephone: 713-917-0024
douglas.daniels@dtlawyers.com

*Counsel for Plaintiffs
and the Proposed Classes*

*Applications for admission *pro hac vice* to be filed

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                                                */s/* Adam J. Levitt

                                                Adam J. Levitt
                                                **DiCELLO LEVITT GUTZLER LLC**
                                                Ten North Dearborn Street, Sixth Floor
                                                Chicago, Illinois 60602
                                                Telephone: 312-214-7900
                                                alevitt@dicellolevitt.com