# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 13, 2021

*By the Court:*

| No. 21-2517 | LEGACY SPORTS BARBERSHOP LLC, et al., Plaintiffs - Appellants  v.  CONTINENTAL CASUALTY COMPANY, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-04149 Northern District of Illinois, Eastern Division District Judge Charles P. Kocoras ||

The following are before the court:

1. **MOTION TO VACATE BRIEFING ORDER AND TO HOLD APPEAL IN ABEYANCE,** filed on October 1, 2021, by counsel for the appellee.

2. **RESPONSE TO MOTION TO VACATE BRIEFING ORDER AND TO HOLD APPEAL IN ABEYANCE,** filed on October 12, 2021, by counsel for the appellants.

**IT IS ORDERED** that the motion is **GRANTED**. Briefing in this appeal shall be **SUSPENDED** pending this court's resolution of *Bend Hotel Dev. Co., LLC v. Cincinnati Ins. Co.*, No. 21-1559, *TJBC, Inc. v. Cincinnati Ins. Co.*, No. 21-1203, and *Sandy Point Dental, P.C. v. Cincinnati Ins. Co.*, No. 21-1186. The appellants' brief shall be due 40 days after this court resolves *Bend Hotel*, *TJBC*, and *Sandy Point Dental*. The appellee's brief will be due 30 days after appellants' brief, and any reply brief will be due 21 days after appellee's brief.

form name: **c7_Order_BTC**    (form ID: **178**)