# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## NOTICE OF ISSUANCE OF MANDATE

August 15, 2022

To:   Thomas G. Bruton
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604-0000

| No. 21-2517 | LEGACY SPORTS BARBERSHOP LLC, et al., Plaintiffs - Appellants v. CONTINENTAL CASUALTY COMPANY, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-04149 Northern District of Illinois, Eastern Division District Judge Charles P. Kocoras ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                          No record to be returned

form name: **c7_Mandate**    (form ID: **135**)