# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted June 30, 2022
Decided July 22, 2022

**Before**

DIANE P. WOOD, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

No. 21-2517

| | |
|---|---|
| LEGACY SPORTS BARBERSHOP LLC, et al., <br> *Plaintiffs-Appellants*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 20 C 4149 |
| CONTINENTAL CASUALTY COMPANY, <br> *Defendant-Appellee*. | Charles P. Kocoras, <br> *Judge*. |

**O R D E R**

The judgment is affirmed for the reasons given in *Sandy Point Dental, P.C. v. Cincinnati Insurance Co.*, 20 F.4th 327 (7th Cir. 2021); *East Coast Entertainment of Durham, LLC v. Houston Casualty Co.*, 31 F.4th 547 (7th Cir. 2022); and *Paradigm Care & Enrichment Center, LLC v. West Bend Mutual Insurance Co.*, 33 F.3d 417 (7th Cir. 2022). *See also, e.g., Windy City Limousine Co. v. Cincinnati Financial Corp.*, No. 21-3296 (7th Cir. June 6, 2022) (nonprecedential disposition).